*In the Nature of a Declaration Affidavit* — 8th May 2020
*File on Demand*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Middle _____ DIVISION

:Brandon-Kyle: Johnson
:Michael-Everet: Dennison

Plaintiff(s),

CIVIL ACTION NO. **2:20-cv-00425-ECM-JTA**

JURY DEMAND (MARK ONE)

☑ YES  ☐ NO

v.
Robin Sullivan, Jeffrey Kelly, Michael T
Bunn, Tom Anderson, Jamie Neeley Scarbroug
, Russell Thomas, Troy Johnson, Kelley Barron

Defendant(s).

RECEIVED 2020 JUN 19 A 8:23 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## COMPLAINT

1. Plaintiff(s)' address and telephone number: :Brandon-Kyle: Johnson c/o 109 Anna Street Troy, Alaba
:Michael-Everet: Dennison c/o 1464 North Goshen Road Goshen, Alabama [36035] 334-672 4133
Brandon's contact # 334-807-2003

2. Name and address of defendant(s): see attached

3. Place of alleged violation of civil rights: Troy City Alabama, Pike County Alabama

4. Date of alleged violation of civil rights: 12-5-2019 8:00 a.m

5. State the facts on which you base your allegation that your constitutional rights have been violated: see attached

1

6. Relief requested: see attached

Date: June 18 2020

:Michael-Everet;Dennison Junior
:Brandon-Kyle: Johnson
Plaintiff(s) Signature

*In the Matter of Declaration of Affidavit*

*File on Demand*

*18th May 2020*



# United States District Court for the Middle District of Alabama

Michael-Everet; Dennison Junior, *Sui iuris*
*Attorney-in-Fact Next friend and with the common cause*
American state Citizen De Jure Constitutional Free Man
without THE UNITED STATES/STATE OF ALABAMA
    Plaintiff,

:Brandon-Kyle:Johnson, *Sui iuris*
American state Citizen De Jure Constitutional Free Man
without THE UNITED STATES/STATE OF ALABAMA
    Plaintiff,

          Vs

Robin Sullivan,
  Defendant,
Personal Capacity,

Jeffrey Kelly,
  Defendant,
Personal Capacity,

Michael T Bunn,
  Defendant,
Personal Capacity

Tom Anderson,
  Defendant,
Personal Capacity,

**2:20-cv-00425-ECM-JTA**

Constitutional Article III Court
Judge _____
Designated Judge

RECEIVED 2020 JUN 19 A 8:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1

Steven Curtis,
  Defendant,
Personal Capacity,

Jamie Neely Scarbrough,
  Defendant,
Personal Capacity,

Russel Thomas,
  Defendant,
Personal Capacity,

Troy Johnson,
  Defendant,
Personal Capacity,

Kelly Barron,
  Defendant,
Personal Capacity,

Each and every one of you mentioned and not yet mentioned are **FRUIT OF THE POISONOUS TREE**
JOHN DOES 1-20 NOT YET MENTIONED
(et.al)

---

### *Notice to Principle is Notice to Agent*

### *Notice to Agent is Notice to Principle*


### **PETITION COMPLAINT**

COMES NOW, Plaintiffs, Brandon-Kyle:Johnson *Sui iuris* American National De Jure Constitutional Free Man without the UNITED STATES/STATE OF ALABAMA, for Complaint alleges and states as follows:

*All actors listed are Involved in Serious Human Rights Abuse and/or Corruption Law & Justice*
*All actors listed are involved are Trespassers on Human Rights.*

> The corporate Congress, the corporate military government and their corporate military courts of justice however discovered that they could not gain access to those Public Trusts deposited into the Federal Reserve system, which they had created using our birth registration forms, social security registration forms, licenses, personal property, deeds, promissory notes, equity and credit, without including our individual persons into the bankruptcy of the United States Treasury of 1933. So, they cleverly denied our personal sovereignty and converted our persons into an appellation, which is a corporate fiction or STRAWMAN and identified us by writing our birth names all in capital letters. All of our Licenses and documents now reflect this appellation.

2

Robin Sullivan, Jeffrey Kelly, Michael T Bunn, Tom Anderson, Steven Curtis, Russel Thomas, Troy Johnson, Kelly Barron, Jamie Neeley Scarbrough et.al., I :Michael-Everet: Junior of the family Dennison and :Brandon-Kyle: Johnson do hereby accept your oath of office as a firm and binding private bi-lateral contract between you and me, whereby upon your oath, I invoke you to uphold your promises, "so help you God" to preserve, protect, and defend the Constitution for our United States of America and me, as one of We the People, the true sovereign inhabitants standing on this land, rendering your office found. As you are the lawful protector of life, liberty and property in these united States of America under common law and international law.

I, Brandon-Kyle:Johnson, am bringing civil and/or criminal complaints and notice of felonies against all listed and each violator I charge each and every one of you (et. al) jointly and severally (et al); as follows:

*Persons Involved in Serious Human Rights Abuse and/or Corruption Law & Justice*

*All involved are Trespassers on Human Rights and Gross Violations of Human Rights*

Defendants listed

JOHN DOES 1-20 NOT YET MENTIONED
(et.al)

*NOTICE OF ANSWER AND COUNTERCLAIM AND LIABILITY OF PLAINTIFF*

Now I will be filing and charging each and all listed with civil and/or criminal complaints on all that is involved (et.al) in the UNITED STSTES DISTRICT COURT OF ALABAMA IN THE MIDDLE DISTRICT, Middle DIVISION to settle our indifferences. I can assure you this will be in a Court of Records and all lies will come to truth. There will be multiple affidavits of Truth and Facts produced to support the serious Human Rights Violations and Trespassing on Human Rights.

The Great Writ Hebeas Corpus and the Writ of Praecipe that I :michael-everet; dennison filed with the Pike County Circuit Clerk Jamie Neely Scarbrough hereto you will find an assortment of lawful findings and precedents supporting my position in this matter.

It is my argument that the Great Writ Habeas Corpus and The Writ of Praecipe here are clear and unambiguous, relative to findings in law.

1. On December 16, 2019, I, the one :michael-everet: dennison served the Writ for Habeas Corpus & The Writ of Praecipe, the Great writ of Liberty, served on the Circuit Clerk of Pike County Courts sitting in Pike County Alabama state. The Writ's was served on the clerk of Pike County Courts Jamie Neely Scarbrough

3

2. Title 12 civil Rules of procedure ch. 23 sec 1333, judges, upon application, the writ shall be granted without delay.

3. You had 2 days to act. As of December 16, 2019, you have failed to grant the writ or respond. (over 180 days)

4. The purpose of this writ was to force Jeffery Kelly, Jamie Neeley Scarbrough, Michael T. Bunn, Tom Anderson, Steven Curtis and Russell Thomas (et.al) into court, to have them testify, under oath, to Show the court they had authority and reduce Brandon-Kyle:Johnson to a point of non-recovery.

5. They Refused to give him Remedy.

6. This is violation of title 18-242 and title 42- 1983-1985-1988

7. d/b/a JUDGE JEFFERY KELLY was notified by registered mail the Writ Habeas Corpus, also d/b/a PROBATE JUDGE MICHAEL BUNN was also notified by registered mail,

8. PIKE COUNTY CIRCUIT CLERKS OFFICE JAMIE NEELEY SCARBROUGH AKA PRINCIPLE was served.

9. Troy Johnson received the Great Writ from Don Johnson in the county jail and proceeded to inform Don Johnson that Brandon would get his copy of the Writ. Then the following week Troy Johnson informed Don Johnson that he deliberately intercepted The Writ and anything else that was filed for Brandon would not be delivered to Brandon per Troy Johnson. Also, Troy Johnson informed Don Johnson that it would be in his best interest that if he continued to let :Michael-Everet: Dennison Junior assist him in all Lawful matters that it could very possibly cause him some issues that would not be good for him.

10. I :Michael-Everet: Dennison Junior asked Jamie Neely Scarbrough has the Writ been brought forward for Brandon-Kyle:Johnson, she informed me that I had been charged for practicing law without a license and I informed her that I the flesh and blood man have not been charged and they illegally charged the government registered trade name. This also will be addressed in detail attached to a SF 95 Tort Claim. She claimed that she sent this Writ To the D.A. Just more intentional criminal behavior and adding multiple felonies.

11. To the present date the evil doers have failed to act upon the Writ.

12. Art. 1 sec 9 clause 2: Constitution for the united States of America

13. The privilege of the writ of Habeas Corpus shall not be Suspended, unless when in the case of rebellion,

14. Or invasion, the public may require it. While it is well known that martial law does not exist in this, Territory nor is there any insurrection.

15. By you dishonoring the Writ, a judge, that has a bonded oath and Subject matter jurisdiction, you are in violation of your oath and, your canon rules of judicial Ethics and conduct.

16. Code of Alabama Title 15, sec. 11. (4315) Obstructing writ.

17. Code of Alabama Title 15, sec. 31. (4335) (7036) (4841) (4788) (4965) (4289) (738) Failure for refusal to discharge, or for re-arrest.

18. Code of Alabama Title 15, sec. 32. (4636) (7037) (4842) (4789) (4966) (4290) (739) Penalty for refusal to give copy of warrant, etc.

19. Code of Alabama Title 15, sec. 33. (4337) (7038) (4843) (4790) (4967) (4291) (740) Penalty for refusal to obey writ.

20. Code of Alabama Title 15, sec. 34. (4338) (7039) (4844) (4791) (4968) (4292) (741) Attachment against person refusing.

21. Code of Alabama Title 15, sec. 35. (4339) (7040) (4845) (4792) (4969) (4293) (742) Penalty for eluding writ.

Moral Turpitude is common as the day is long among all that is mentioned and Due-Process-of – Law is a Common Joke when mention among these Satanic Evil Doers

*What is your Rebuttal to this and what law is there to the contrary?*

*I demand an answer!*

Jamie Neeley Scarbrough (et.al) did or did not :michael-everet-dennison serve you (et.al) with the Great Writ of Habeas Corpus and the Writ of Praecipe giving you and all your B.A.R. member buddies 2 days to bring the flesh and blood man :Brandon-Kyle:Johnson before the courts and answer the Writ point for point on record and certify your answers on record.

*What is your Rebuttal to this and what law is there to the contrary?*

*I demand an answer!*

Art. 1 sec 9 clause 2:  Constitution for the united States of America

The privilege of the writ of Habeas Corpus **shall not be Suspended,** unless when in the case of rebellion,

Or invasion, the public may require it. While it is well known that martial law does not exist in this

Territory nor is there any insurrection.  By you dishonoring the Writ, a judge, that has a bonded oath

And Subject matter jurisdiction, you are in violation of your oath and, your canon rules of judicial

Ethics and conduct.

Art. 3 sec 1 of the US Constitution:

**THE JUDICAL POWER** of the United States shall be vested in one Supreme Court, and in such inferior

Courts as the Congress may from time to time ordain and establish.

Art 3 sec. 2 of the US Constitution?

**THE JUDICAL POWER** shall extend to all cases, in law and Equity, arising under this constitution.

With a * at the end. * changed by the 11the amendment.

The 11th Amendment: US Constitution

**THE JUDICIAL POWER** of the United States **shall not** be construed to extend into any suit in law or

Equity, commenced or prosecuted against one of the United States by citizens of another state, or by

Citizens or subjects of any foreign state.  So

Art 3 sec 1 created the courts (the office)

Art 3 sec 2 give the courts (the office) subject matter and jurisdiction

The 11th Amendment striped the courts of all Judicial Power in suits, in law and equity.

The Federal Reserve act of 1913: sec 16

**Federal Reserve Notes** is to be issued at the discretion of **the Federal Reserve Board,** for the purpose of

5

Making Advancements **to the Federal Reserve banks,** through and **by Federal Reserve Agents,** as Hereafter set forth**, and for no other purposes,** is **hereby authorized**. Add the State of Emergency Clause of 1933 Where they took all the gold away from the people (Lawful money), and we have no Means to pay a debt. We are not allowed to use or have Federal Reserve notes. Federal Reserve notes are Not redeemable. They are Debt IOU's. You cannot pay a debt with a debt. Memphis Bank & Trust vs. Garner. You cannot tax Federal Reserve notes because they are an obligation of the UNITED STATES CORPORATION. The UNITED STATES corporation, as per 28 USC 3002, is bankrupted, as per Congressional records.

As a matter of fact, attorneys, in your oaths to the Bar you swear not to divulge the bankruptcy.

Under the emergency clause of 1933 public law 148 st 1, HJR 1491 sec 2 if you use gold or silver for Money you can go to jail and be fined. So, the people are left without any way to pay a debt. Now comes HJR 192 June 5th, 1933, or 48 s 48 St. 112. Corp US says, because we took your gold, we will pay all of The people's debts dollar for dollar. But they hid that remedy until we discovered it a few years ago.

Lindbergh in congressional records 1917 says people are the credit line, credit is created by the Signatures of the people. From the bankruptcy of 1933 no one has ever paid for anything.

Social Security act of 1935, Statutes at Large vol 49 pg 620- 651 took all the birth cert. of live births And give the states a credit line (grant) for each Live birth in the United States. This amounted to 1.8 Million dollars per live birth. And the states for each cert. of live birth would receive 1 million dollars Credit per fiscal year.

Federal Funding Title 23, 1250 40% back to the Political Sub Division. Grants to the states. But the states Are not getting their share. It seems it is ending up in someone's CAFR acct.

The alien registration act of 1940

Statutes at large vol 50 page 670, required the birth cert. and ss numbers for every live birth child. This Registers all persons, which are trusts, and they are under the State of emergency because there is no Money.

The live birth for the grant to issue. Title 8, 1302 this act did two things.

1. It created the Birth Cert.

2. It created **The Smith Act**

You cannot advocate the overthrow of the united States Gov., or the Constitution.

Senator McFadden stood on the floor of Congress, on the congressional record 1932 pg. 79 said. The

6

United States Is bankrupt. When a bill, charge, complaint is presented to an American citizen, all he has to do is Sign across the bill, give it back to the presenter, and they take it to the treasury, and it is discharged. This is being hid from the public. What is being done is the signatures of the people is being stolen, Securitized and monetized, sold in the market, or end up in retirement accounts. This is wrong.

The Foreign Alien Registration Act of 1945

Title 22 CFR 92.12-92.30 (FOREIGN RELATIONS)

Every Public Office from the trash collector to the president, when they took their oath of office, Under title 8 1481, had to relinquish their National Citizenship. It is the law. They become a Foreign alien resident, and are required under chapter 11 sec. 11, 611 to register with the Sec. of State as a foreign Alien Resident, having jurisdiction over other foreign aliens only and not the people. There are many more defects in the judicial system that needs to be pointed out. More and more People are studying and waking up. I will hope that you will do the right thing, and hold your office of Judge during good behavior and be true to your oath of office and to the national and State Constitution and Not protect your bar brothers back, as this would be a violation of the Taft Hartley Act. Running a closed Union shop and a violation of the Smith Act. You cannot advocate the overthrow of the united States Government or the Constitution of the United States.

The pseudo Judges of these pseudo Courts have no powers without the consent of both the Plaintiff and the Defendant. [AND] In every case the Judge must determine that he has consent; Personam and Subject Matter Jurisdiction before he can act or access the Cesta Que Trust.

**All of the laws, statutes, that have been quoted are written with black ink on white paper by the BAR, not by me.**

*What is your Rebuttal to this and what law is there to the contrary?*

*I demand an answer!*

Felonies that you have committed, and you are charged with jointly and severally.

**Statutes protecting People from abusive servants**

**TO WIT, the above-named officers of [respondents], did WILLFULLY AND UNLAWFULLY:**

1. 18 USC §241 Conspiracy Against Rights
2. 18 USC §242 Deprivation of rights under color of law
3. 18 USC §645 Court Officers Generally

7

4. 18 USC §654 Officer or Employee of United States Converting Property of Another

5. 18 USC §872 Extortion by Officers or Employees of the United States

6. 18 USC §1001 Statements or Entries Generally

7. 18 USC §1503 Influencing or Injuring Officer or Juror Generally

8. 18 USC §1512b Engages in Misleading Conduct

9. 18 USC §2071 Concealment, Removal, or Mutilation Generally

10. 18 USC §2076 Clerk is to File

11. 26 USC §7214 Offenses by Officers and Employees of the United States

12. 42 USC §1983 Civil Action for Deprivation of Rights

13. 42 USC §1985(3) Conspiracy to Interfere with Civil Rights

14. 42 USC §1986 Action for Neglect to Prevent

15. The rights denied, violated or trespassed are enumerated below. Each action — denial, violation or trespass, is a separate high crime or misdemeanor, brought together in this count as violations against the constitution. The penalty is defined under Title 18 USC Sections 3571 individually listed for subtotal tally as to the civil damages sustained by such criminal actions.

16. RIGHTS OF THE SOVEREIGN DENIED OR VIOLATED ($100,000 each denied, violated or trespassed right listed as a misdemeanor, 18 USC 3571 defined as a felony is $250,000 for each trespass, denial or violation) secured, preserved and protected by the California Constitution and parallel sections of the Constitution for the United States:

17. ART I SECT I: Denied right of liberty

18. ART I SECT I: Denied right of acquiring property, (property given directly to a foreign agent without due process of law)

19. ART I SECT I: Denied right of possessing property, (property given directly to a foreign agent without due process of law)

20. ART I SECT I: Denied right of defending property, (fired for demanding the proper return of property)   5. ART I SECT I: Denied right of privacy, (giving information to a foreign agent under a guise of law)

21. ART I SECT 2: Denied right of free speech (FIRED for demanding a proper production of certain lawful papers to validate [respondents] of seizing Complainant Affiant's monies and giving it to foreign agents)

22. ART I SECT 2: Denied right of free expression of thought, i.e., write, publish, etc. (FIRED for expression of criminal activity in an open forum, expressed in GOOD FAITH)

23. ART I SECT 3: Denied right to redress of grievances (firing an individual for exposing such crime denies a right to redress of grievances in the forum of complaint)

24. ART I SECT 4: Denied right of liberty of conscience, (i.e. punished by being fired for exercising the liberty of conscience)

8

25. . ART I SECT 6: Made the Plaintiff a slave or to serve government involuntarily (for exercising rights not criminal, forced to pay unproven liability, not yielding as a slave to improper and illegal demands)
26. ART I SECT 9: Enforced a bill of attainder, pains and penalties — (force to pay an unproven claim by distraint, without due process of law)
27. ART I SECT 9: Enforced an ex post facto law, (NO LAW)
28. ART I SECT 13: ILLEGAL SEIZURE WITHOUT WARRANT — TRESPASS — (Seized Complainant Affiant's property without warrant or lawful complaint of damages)
29. ART I SECT 15: Denied speedy trial — DENIED TRIAL — JUDGED (fired by the company for exposing and documenting a crime within the company)
30. ART I SECT 15: Denied right of defense witnesses
31. ART I SECT 15: Denied right of assistance of Counsel
32. ART I SECT 15: Denied right of reasonable defense
33. ART I SECT 15: Denied right to confront accuser, injured or damaged party. (Complainant Affiant is the injured party by an undocumented, proven claim against the Complainant Affiant by a foreign agent and not permitted to address such false documentation.)
34. ART I SECT 15: Deprived of liberty (freedom, right of work)
35. ART I SECT 15: Deprived of property without due process of law. (Giving to a foreign agent money of the Complainant Affiant without a lawful hearing or judgment)
36. ART I SECT 16: Deprived of right of trial by jury, for undefined wrongs, (for which Complainant Affiant was fired)
37. ART I SECT 17: Cruel or unusual punishment (being fired for exposing a crime in the company)
38. ART I SECT 19: Private property taken for public use without just compensation, conversion and theft of compensation for labor. Issue of slavery.
39. ART I SECT 23: GRAND JURY, wrongful use, not used. (NO CRIME OR WRONG HAS BEEN PROVEN AGAINST THE COMPLAINANT AFFIANT FOR WHICH SUCH LIABILITY IS CLAIMED, AND PUNISHED FOR EXERCISE OF RIGHTS)
40. ART I SECT 24: Denied right of due process
41. ART I SECT 24: Denied right of equal protection
42. ART I SECT 24: Denied speedy trial and public trial
43. ART I SECT 24: Denied right of defense witnesses
44. ART I SECT 24: Denied right of assistance of Counsel
45. ART I SECT 24: Denied right of reasonable defense
46. ART I SECT 24: Denied right to confront accuser, injured or damaged party
47. ART I SECT 24: Denied right to be free of unreasonable search and seizures (willfully taking of compensation and willfully giving it to another without proper warrant of paperwork proving liability)
48. ART I SECT 24: Cruel or unusual punishment (being fired for exposing crimes in the company)
49. ART I SECT 26: DELIBERATE, WILLFUL VIOLATION, DENIAL and REJECTION OF MANDATORY AND PROHIBITORY PROVISIONS OF THE CONSTITUTION.

9

50. ART I SECT 28: Denied defense evidence
51. ART II SECT 1: Usurpation of Political power (acting in Conspiracy with the Franchise Tax Board and IRS agents, outside the lawful adjudication procedure of courts)
52. ART III SECT 6: Denied right of action in the Courts before acting against the Complainant Affiant. (Being found guilty of an undefined crime, punished without due process and fired for complaining about such abuses before any action is commenced.)
53. Thirty-seven (37) actions of high crimes and misdemeanors in a single count of conspiracy.
54. An elected official in government doing these things would be charged as felonies ($250,000), 18 USC 3571.
55. Subtotal of damages in Count 2: $300,000,000.
56. Separate counts by governmental agencies is charged as felonies.]
57. Such action caused a permanent loss of work, a damage of $[300,000,000.] for at least 5 years (former compensation increased 5% each year for 5 years), being denied work by others because of such action — firing.
58. Civil penalty is defined in 18 USC 1964 — triple damages. By such repeated actions by respondents
59. Agents, a criminal conspiracy is established of fraud, extortion, theft and RACKETEERING and acts of SEDITION AND TREASON.
60. The specified penalty (civil) damages for crimes committed are as listed on the TABLE OF CRIMES on the following pages, drawn from the civil penalties as specified in the Criminal Codes.
61. Undefined crimes (Constitutional violations not listed in the Criminal Code) are set by Title 18,
62. United States Criminal Code Page 62 Sections 3571.
63. Felonies are set at $250,000 and misdemeanors at $100,000 for each offense by each officer or official.
64. Accounting of damages are tallied as follows: [format document so the following remains all on one page]

***What is your Rebuttal to this and what law is there to the contrary?***
***I demand an answer!***

*Alabama Attorney General*

*"It is true that at common law the duty of the Attorney General is to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the People are King, so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock V. Terry Elkhorn Mining Co., Inc., KY., 503 S.W. 2D 710 KY Const. sec. 4, Commonwealth Ex Rel. Hancock V. Paxton, KY, 516 S. W. 2D. PG 867.*

*What is your rebuttal and what law is there to the contrary? I demand an answer!!!!*

*We the People are Kings without subject!!!*

10

*Jamie Neeley Scarbrough you think you are above the law and your social elite club aka B.A.R. member are protecting you, just as I :michael-everet told you that the Alabama Attorney General Steve Marshall will be notified of your conduct and you said go ahead and notify him and just laughed.*

*What is your Rebuttal to this and what law is there to the contrary?*
*I demand an answer!*

**"Unclean hands," means that their appearance is reproachable, and it makes them incapable of seeking or rendering a judgment or a conviction against anyone else! An old Maxim of law says it all: "FRAUD VITIATES EVERYTHING."**

Jamie Neeley Scarbrough et.al you cannot lawfully do this because :Brandon-Kyle: Johnson is a sovereign man and you et.al. are a corporation and under the Confiscation Act, you and all you have violated your own 'Rules of Engagement and Military Protocol' but do you care? Not anymore!

The all-caps name can be researched in every State Code under 'corporations:' [e.g.] see the Texas Administrative Code for example under 'corporations', Chapter 79.31, subtitled: entities; [also] the all-caps name is specified in the United States Government- Style Manual under the section titled [identifying corporations].

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.*

*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.*

*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398.*

**SUMMARY:** Where there is no damaged party who will verify a debt or duty to a statute, under oath, there is no debt or duty. Any act to enforce codes otherwise, exceeds jurisdiction.

DISCLAIMER: This section included as a reference regarding the duties and statutes which **apply to** wrongdoers and their duties, not as a reference to statutes Aggrieved Party needs to stand under. In this court of record, statutes do not apply to Aggrieved Party as a one of the people, a man and/or woman, also appearing in the capacity as an Alabama "state" Citizen and American National.

NOTE: Some Federal cases and citing's are mentioned only because of their applicability to the people generally. State based references are included and generally apply in most states, for information purposes. Some emphasis added for clarity. If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action, especially as it relates to natural and lawful rights of a man or woman and/or to the duties of public officials or private debt collectors in this matter have a duty to their own statutes and regulations. The use by the Aggrieved Party of any statutes, codes, rules, regulations, or court citations, within any document created by the Aggrieved Party, at any time, is only to notice that which is applicable to the Aggrieved Party's public servants and/or wrongdoers, and is not intended, nor be construed, to mean that the Aggrieved Party has conferred, submitted to, or entered into any jurisdiction alluded to thereby.

## *CONCLUSION*

11

WHEREFORE, Plaintiffs moves and prays this court for judgment against Each Defendants in an Amount of Three Hundred Million Dollars ($300,000,000.00) or to be determined by a jury demanded, too compensate for damages including but not limited to: monetary, personal, punitive, injunctive and specific performance relief and damages; all costs and fees, to be collected by the court; all reasonable attorney fees cost to be collected by the court; Grant of Judgment and all subsequent future appellate pleadings and cessation of withholding;

Immediate reinstatement of all constitutional rights. Immediate return of **all** property. Injunction for cessation of all federal funds to the State of Alabama, if any pursuant USC penalties for federal civil rights Violations; willfully contrary to the Health and Welfare of the Nation under Title 42 USC §1983, 1985, & 1986; and for such other relief including criminal prosecution of Defendants, as this court deems just and proper. I demand that this court make a Lawful decision in the findings and facts of Law. All fines, fees and sentencing will be the maximum allowed by Law,

there will not be any deviation.

Plaintiffs, also reserves all rights to

compensation for any other damages rights reserved for future amendment to this petition and/or the Federal Government has a financial interest. Request release of all funds in Bank accounts held by any agent Defendants and/or for Writ of Execution of this Civil Judgment.

### *RECTUM ROGARE*

WHEREAS, the facts and the law contained herein are before this court; and. WHEREAS, the facts and the law contained herein are the Truth; and WHEREAS, THE RELATOR hold said Truths to be self-evident; and, WHEREAS, self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter •or overcome or these Truths; and, WHEREAS, Truth is Sovereign Judicial Warring against Constitutions contributed to Economic Collapse of 2008. Preempted by act of Congress Troubled

Asset Relief Program (TARP). THEREFORE; this court must perform its duty under the Rule of Law, do Justice, Rectum Rogare, and REVERSE its Dismissal and GRANT the instant matter without delay for "Justice delayed is Justice denied." Rectum Rogare - "to do right; to petition the judge to do right." -- Black's Law Dictionary 4th edition. And issue Writ of Procedendo and Quo Warranto. FORTHWITH

*Notice to Principle is Notice to Agent*

*Notice to Agent is Notice to Principle*

Autograph this ___18___ day of ___June___ 2020.

Respectfully Submitted:   Autograph: *Brandon-Kyle: Johnson*
 :Brandon-Kyle:Johnson, *Sui iuris*
 UCC 1-308 without prejudice
 [At Present]
 *** Anna Street
 Troy, Alabama state
 [36079] non domestic
 without the UNITED STATES/ STATE OF ALABAMA

right thumb print 

Autograph: *Michael-Everet: Dennison Junior*
 ℓ Michael-Everet; Dennison Junior, *Sui iuris*
 *Attorney-in-Fact Next friend & with the common cause*
 UCC 1-308 without prejudice
 [At Present]
 **** North Goshen Road
 Goshen, Alabama state
 [36035] non domestic
 without the UNITED STATES/ STATE OF ALABAMA

right thumb print 

13

Defendants: *Persons Involved in Serious Human Rights Abuse and/or Corruption Law & Justice*

Trespassers and Violators of Human Rights:

Robin Sullivan,
 Defendant,
Personal Capacity,
P.O. 131
Troy, Alabama 36081

Jeffrey Kelley,
 Defendant,
Personal Capacity,
120 West Church Street
Troy, Alabama 36081-

Steven C. Curtis,
 Defendant,
Personal Capacity,
120 West Church Street
Troy, Alabama 36081

Michael T. Bunn,
 Defendant,
Personal Capacity,
120 West Church Street
Troy, Alabama 36081

Tom Anderson,
 Defendant,
Personal Capacity,
111 William Street
Troy, Alabama 36081

Jamie Neely Scarbrough,
 Defendant,
Personal Capacity,
120 West Church Street
Troy, Alabama 36081

Russell Thomas,
 Defendant,

14

Personal Capacity,
120 West Church Street
Troy, Alabama 36081

Troy Johnson,
 Defendant,
Personal Capacity,
120 West Church Street
Troy, Alabama 36081

Kelly Barron,
 Defendant,
Personal Capacity,
120 West Church Street
Troy, Alabama 36081

JOHN DOES 1-20 NOT YET MENTIONED
(et.al)

15