IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON KYLE JOHNSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-425-ECM |
| ) | (WO) |
| ROBIN SULLIVAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On July 14, 2020, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice prior to service under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

A separate Final Judgment will be entered.

Done this 24th day of August, 2020.

                                                  /s/ Emily C. Marks
                                                  EMILY C. MARKS
                                                  CHIEF UNITED STATES DISTRICT JUDGE